UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAURICE J. BERNARD, | ) | Case No. 2:18-cv-07640-VBF-JC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING FINDINGS, |
| v. | ) | CONCLUSIONS, AND |
| | ) | RECOMMENDATIONS OF |
| | ) | UNITED STATES MAGISTRATE |
| RONALD DAVIS, Warden, | ) | JUDGE |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") and all of the records herein, including the June 1, 2021 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the Petition is denied on the merits, this action is dismissed with prejudice and that Judgment be entered accordingly.

///
///
///

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2 the Judgment herein on petitioner and on respondent's counsel.
3       IT IS SO ORDERED.

5 DATED: September 23, 2021         /s/ Valerie Baker Fairbank

                                                            The Honorable Valerie Baker Fairbank
                                                             Senior United States District Judge