1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MAURICE J. BERNARD,                    ) Case No. 2:18-cv-07640-VBF-JC
                                       )
                  Petitioner,          )
                                       )
          v.                           ) JUDGMENT
                                       )
RONALD DAVIS, Warden,                  )
                                       )
                  Respondent.          )
                                       )
_____

        Final judgment is hereby entered in favor of the respondent warden and

against the petitioner.  IT IS SO ADJUDGED.


DATED: September 23, 2021            /s/ Valerie Baker Fairbank
                                    _____

                              HON. VALERIE BAKER FAIRBANK
                              SENIOR UNITED STATES DISTRICT JUDGE